IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES LAWS,

        Plaintiff,

vs.                              Civil Action 2:04-CV-466
                                   Judge Sargus
                                   Magistrate Judge King

REGINALD WILKINSON, et al.,

        Defendants.

### ORDER

On August 17, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed without prejudice for failure to exhaust available administrative remedies as to each claim, as is required by 42 U.S.C. § 1997e. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** without prejudice for failure to exhaust available administrative remedies as to each claim, as is required by 42 U.S.C. § 1997e.

9-8-2005
Date

Edmund A. Sargus, Jr.
United States District Judge